UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ODIAGA, #84209, | Case No. 2:14-cv-01251-JAD-NJK |
| *Petitioner*, | **ORDER** |
| vs. | |
| D.W. NEVEN, *et al.*, | |
| *Respondents*. | |

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's application (Doc. 1) to proceed *in forma pauperis*. The Court finds based upon the number and amount of petitioner's deposits within the past six months that he has the means to pay the filing fee of five dollars ($5.00) within a reasonable period of time.

**IT THEREFORE IS ORDERED** that the application **(Doc. 1)** to proceed in forma pauperis is **DENIED**. Petitioner shall have **30 days** from entry of this order to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

The Clerk shall SEND petitioner two copies of this order. Petitioner shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED August 4, 2014.

_____
JENNIFER A. DORSEY
United States District Judge