UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Victor Odiaga,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>D.W. Neven, et al.,<br><br>　　　　　Respondents. | Case No.: 2:14-cv-1251-JAD-NJK<br><br>**Order** |

    Respondents moved for two extensions of their deadline to respond to Petitioner's petition for writ of habeas corpus, ultimately seeking that the deadline be extended to March 23, 2015.  Docs. 8, 9.  No opposition was filed to either request, and Respondents filed their answer to the petition on March 23, 2015.  Doc. 10.

    Good cause appearing, IT IS HEREBY ORDERED that the unopposed motions to extend the Respondents' deadline for response **[##8, 9] are GRANTED** nunc pro tunc to March 23, 2015.

    DATED April 20, 2015.

_____
Jennifer A. Dorsey
United States District Judge